FILED
CLERK, U.S. DISTRICT COURT

APR 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN GREGORY FIELD, | Case No. CV 08-6947-AG (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MIKE MCDONALD, Warden, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: April 29, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE